# United States Court of Appeals for the Federal Circuit

---

June 22, 2016

**ERRATUM**

---

Appeal No. 2015-1574

---

**IMMERSION CORPORATION,**
*Plaintiff-Appellant*

**v.**

**HTC CORPORATION, HTC AMERICA, INC.,**
*Defendants-Appellees*

---

Decided: June 21, 2016
Precedential Opinion

---

On page 15, line 16 of the opinion, "reversed and remanded" has been changed to "reversed, and the case is remanded."